**Electronically Filed
Supreme Court
SCWC-25-0000060
11-AUG-2026
11:14 AM
Dkt. 15 ODAC**

SCWC-25-0000060

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

HOPE M. RASMUSSEN and CECILIA F.M. RICHARDSON,
Individually and as Co-Trustee of the
HOPE M. RASMUSSEN TRUST DATED MAY 4, 2024;
WILLIAM RICHARDSON,
Respondents/Plaintiffs-Appellees,

vs.

WILLIAM COWARD,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-25-0000060; CASE NO. 1DRC-24-0008331)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Devens, C.J., Eddins, and Ginoza, JJ.,
and Circuit Judge Souza, in place of McKenna, J., recused,
and Circuit Judge Cataldo, assigned by reason of vacancy)

Petitioner William Coward's application for writ of

certiorari, filed on June 22, 2026, is hereby rejected.

DATED: Honolulu, Hawaiʻi, August 11, 2026.

/s/ Vladimir P. Devens

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Kevin A. Souza

/s/ Lisa W. Cataldo

